1
2
3
4
5
6
7
8
9
10

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORTELL FRANKLIN, | NO. CV 23-8745-MWC (AGR) |
| Plaintiff, | ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF MAGISTRATE JUDGE |
| v. | |
| LOS ANGELES COUNTY SHERIFF'S DEPARTMENT, | |
| Defendant. | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the First Amended Complaint, records on file, the Report and Recommendation of United States Magistrate Judge ("Report"), the Objections and Supplemental Objections filed by Plaintiff (Dkt. Nos. 32, 34), and Defendant's Reply to Plaintiff's Objections (Dkt. No. 36). In addition, the Court has reviewed Plaintiff's "motion to file for leave to amend" and Defendant's opposition. (Dkt. Nos. 33, 35.) The Court has engaged in a *de novo* review of those portions of the Report and Recommendation to which objections have been made. The Court accepts the findings and recommendation of the Report.

Accordingly, IT IS ORDERED that:

1

2

(1) Defendants' motion to dismiss Plaintiff's First Amended Complaint is

3

GRANTED WITH LEAVE TO AMEND;

(2) Plaintiff's motion for leave to amend is GRANTED WITHOUT

4

PREJUDICE to Defendant's ability to raise its arguments in response to

5

the Second Amended Complaint;

6

(3) The Clerk is DIRECTED to file the Plaintiff's Second Amended

7

Complaint, Dkt. No. 33-1 with the date of this Order; and

8

(4) Defendant may respond to the Second Amended Complaint within 30

9

days after entry of this Order.

10

11

The matter is referred back to the Magistrate Judge.

12

13

14

DATED:  February 12, 2025

15

MICHELLE WILLIAMS COURT
United States District Judge

16

17

18

19

20

21

22

23

24

25

26

27

28

2